UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. FOODS OF ILLINOIS, INC., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HIGHT SIERRA FOOD & BEVERAGE, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:13-cv-00050-MMD-WGC<br><br>ORDER |

Before the Court are the parties' applications for a status check as to the disposition of Defendants' Motion for Judgment on the Pleadings (dkt. no. 15) and Defendants' Motion to Strike Motion for Leave to File Sur-Reply (dkt. no. 21) pursuant to Local Rule 7-6(b). (Dkt. nos. 33 and 34.) Defendants' Motion for Judgment on the Pleadings was filed on April 12, 2013, and was ripe and fully submitted to the Court on May 3, 2013. Defendants' Motion to Strike Motion for Leave to File Sur-Reply was filed on May 10, 2013, and was ripe and fully submitted to the Court on May 24, 2013. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions submitted before September 30, 2013, and will be moving through them chronologically. Defendants' Motion for Judgment on the Pleadings and Motion to Strike Motion for

Leave to File Sur-Reply do not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 17th day of October 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE