RICHARD G. HILL, ESQ.
State Bar No. 596
SOPHIE A. KARADANIS, ESQ.
State Bar No. 12006
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. FOODS OF ILLINOIS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HIGH SIERRA FOOD & BEVERAGE, INC., a Nevada corporation, doing business as THE FIRKIN AND FOX RESTAURANT & PUB; BEACH WIRELESS, INC., a Nevada corporation, doing business as THE FIRKIN & HOUND, also doing business as THE FIRKIN & WOLF; THE FIRKIN & WOLF, INC., a Nevada corporation doing business as THE FIRKIN & WOLF; HIGH SIERRA BREWING CO., INC., a Nevada corporation, doing business as KNEE DEEP BREWING COMPANY; JAMES MICHAEL PHALAN II, also known as JAMES M. PHALAN II, JAMES PHALAN, JIM PHALAN II, and JIM PHALAN,<br><br>Defendants. | Case No.: 3:13-cv-00050-MMD-WGC |

<u>ORDER AND STIPULATION</u>

///

///

///

The parties, through their respective counsel, herewith stipulate and agree:

1. The parties have reached a settlement agreement.

2. The motion for charging order filed by plaintiff on April 24, 2018 (Doc. 44), and the response filed by defendant on May 7, 2018 (Doc. 45), shall each be withdrawn, and a hearing on the matter is no longer necessary.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED.

| RICHARD G. HILL, LTD. | RUTLEDGE LAW CENTER, LTD. |
|---|---|
| /s/ Sophie A. Karadanis | /s/ John P. Rutledge |
| SOPHIE A. KARADANIS, ESQ. | JOHN P. RUTLEDGE, ESQ. |
| 652 Forest Street | 320 North Carson St. |
| Reno, Nevada 89509 | Carson City, Nevada 89701 |
| Attorney for Plaintiff | Attorney for Defendants |

**ORDER**

IT IS SO ORDERED.

DATED this 16th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

LAW OFFICE
RICHARD G. HILL
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858